ROBERT A. RABBAT (SBN 12633)
Email: *rrabbat@enensteinlaw.com*
**ENENSTEIN PHAM & GLASS**
11920 Southern Highlands Parkway, Suite 103
Las Vegas, Nevada 89141
Phone: (702) 468-0808
Fax: (702) 920-8228

*Attorney for Specially Appearing for Defendants Jiangtian Sun a/k/a John Sun d/b/a as Sun Timepiece Trade, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEV ANANTH DURAI,<br><br>Plaintiff,<br><br>v.<br><br>JIANGTIAN SUN, individually, and SUN TIMEPIECE TRADE, LLC, a Nevada Limited Liability Company; DOES 1 through 10, inclusive; DOES & ROES CORPORATIONS ENTITIES 1 through 10 inclusive;<br><br>Defendants. | Case No. 2:19-cv-00670-APG-GWF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SPECIALLY APPEARING DEFENDANTS JIANGTIAN SUN AND SUN TIMEPIECE TRADE, LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed: April 18, 2019<br><br>Amended Complaint Filed: April 23, 2019<br><br>Current Response Deadline:<br>May 9, 2019<br><br>Proposed New Response Deadline:<br>May 24, 2019 |

1

| | |
|---|---|
| 1 | Plaintiff Dev Ananth Durai ("Plaintiff") and Specially Appearing Defendants Jiangtian Sun |
| 2 | and Sun Timepiece Trade, LLC ("Specially Appearing Defendants") by and through their |
| 3 | respective counsel of record, hereby stipulate and agree, with the Court's approval, as follows: |

**RECITALS**

WHEREAS, Plaintiff filed a complaint in this action initiating Case No. 2:19-cv-00670-APG-GWF on April 18, 2019 (*See* ECF No. 1.);

WHEREAS, Plaintiff filed an amended complaint in this action on April 23, 2019 (*See* ECF No. 5.);

WHEREAS, Specially Appearing Defendants' deadline to answer or otherwise respond to Plaintiff's amended complaint is currently May 9, 2019;

WHEREAS, Plaintiffs agree to an extension until May 24, 2019 for the Specially Appearing Defendants to respond to the Complaint due to Specially Appearing Defendants recent acquisition of counsel;

WHEREAS, the Specially Appearing Defendants have not previously sought any extensions of time to respond to the amended complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, as follows:

/ / /

- Specially Appearing Defendants will file their responsive pleading to the amended complaint by or on May 24, 2019.

**SO STIPULATED.**

DATED: May 22, 2019                    **ENENSTEIN PHAM & GLASS**

By: _____
ROBERT A. RABBAT, ESQ.
*Attorney for Specially Appearing Defendants* Jiangtian Sun a/k/a John Sun d/b/a as Sun Timepiece Trade, LLC

DATED: May 22, 2019                    **THE THATER LAW GROUP, P.C.**

/s/ Maile Lani Esteban-Trinidad
MAILE LANI ESTEBAN-TRINIDAD
Attorney for Plaintiff Dev Ananth Durai

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/23/2019