ROBERT A. RABBAT (SBN 12633)
Email: *rrabbat@enensteinlaw.com*
**ENENSTEIN PHAM & GLASS**
11920 Southern Highlands Parkway, Suite 103
Las Vegas, Nevada 89141
Phone: (702) 468-0808
Fax: (702) 920-8228
*Attorney for Defendants*
*Jiangtian Sun and Sun Timepiece Trade, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEV ANANTH DURAI,<br><br>Plaintiff,<br><br>v.<br><br>JIANGTIAN SUN, individually, and SUN TIMEPIECE TRADE, LLC, a Nevada Limited Liability Company; DOES 1 through 10, inclusive; DOES & ROES CORPORATIONS ENTITIES 1 through 10 inclusive;<br><br>Defendants. | Case No. 2:19-cv-00670-APG-GWF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO REPLY TO SPECIALLY APPEARING DEFENDANTS JIANGTIAN SUN AND SUN TIMEPIECE TRADE, LLC MOTION TO DISMISS**<br><br>**(PLAINTIFF'S FIRST REQUEST)** |

Plaintiff Dev Ananth Durai ("Plaintiff") and Specially Appearing Defendants Jiangtian Sun and Sun Timepiece Trade, LLC ("Specially Appearing Defendants") by and through their respective counsel of record, hereby stipulate and agree, with the Court's approval, as follows:

**RECITALS**

WHEREAS, Plaintiff filed a complaint in this action initiating Case No. 2:19-cv-00670-APG-GWF on April 18, 2019 (*See* ECF No. 1.);

WHEREAS, Plaintiff filed an amended complaint in this action on April 23, 2019 (*See* ECF No. 5.);

WHEREAS, Specially Appearing Defendants' filed a Motion to Dismiss Complaint on May 23, 2019 (Doc. 14), pursuant to stipulation and order to extend time for Defendants' to file

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF
TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS

said responsive pleading (Doc. 13).

WHEREAS, Plaintiff's Reply in Opposition to Motion to Dismiss is due on June 6, 2019;

WHEREAS, Specially Appearing Defendants and Plaintiff agree to allow Plaintiff by this stipulation and order up through June 19, 2019;

This is Plaintiff's first request for an extension of time to respond to Specially Appearing Defendants' responsive pleading; this request from Plaintiff is not made for any improper purpose or for the purpose of delay or bad faith; Plaintiff is requesting the extension due to unavailability of Plaintiff's Counsel from May 28, 2019 to June 19, 2019 for a previously scheduled overseas trip.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, as follows:

Plaintiff shall file his response to Defendants' Motion to Dismiss by or on June 19, 2019.

**SO STIPULATED.**

DATED: June 3, 2019            **The Thater Law Group, P.C.**

By: */s/ M. Lani Esteban-Trinidad*
M. LANI ESTEBAN-TRINIDAD
*Attorney for Plaintiff*
Dev Ananth Durai

DATED: June 3, 2019            **Enenstein Pham & Glass**

By: */s/ Robert A. Rabbat*
ROBERT A. RABBAT, ESQ.
*Attorney for Specially Appearing Defendants*
Jiangtian Sun a/k/a John Sun d/b/a as
Sun Timepiece Trade, LLC

**IT IS SO ORDERED**:

Dated: June 4, 2019.
_____
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF
TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS