# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEV ANANTH DURAI,<br><br>    Plaintiff<br><br>v.<br><br>JIANGTIAN SUN and SUN TIMEPIECE TRADE, LLC,<br><br>    Defendants | Case No.: 2:19-cv-00670-APG-GWF<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the plaintiff's response to the third order to show cause (ECF No. 22),

IT IS ORDERED that the third order to show cause (ECF No. 12) is deemed satisfied and I will not dismiss for lack of subject matter jurisdiction at this time. However, the plaintiff remains responsible for establishing that subject matter jurisdiction exists in this case.

DATED this 26th day of June, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE