UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEV ANANTH DURAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIANGTIAN SUN, individually, a/k/a JOHN SUN and d/b/a as SUN TIMEPIECE TRADE, LLC, a Nevada Limited Liability Company; DOES 1 through 10, inclusive; DOES & ROES CORPORATIONS ENTITIES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 2:19-CV-00670-APG-EJY<br><br>**ORDER** |

Before the Court is the Motion to Withdraw as Counsel for Defendant Jiangtian Sun, aka John Sun and dba Sun Timepiece Trade, LLC (ECF No. 37). Good cause appearing,

IT IS HEREBY ORDERED that the Motion to Withdraw (ECF No. 37) is GRANTED. Withdrawing counsel shall serve a copy of this order on Defendant.

IT IS FURTHER ORDERED that Defendant shall have twenty-one (21) days from the date of this Order within which to retain new counsel during which time neither party shall propound written discovery or set depositions.

IT IS FURTHER ORDERED that new counsel, if any, shall file a notice of appearance with the court upon retention.

IT IS FURTHER ORDERED that upon the expiration of the twenty-one (21) day period, measured from the date of this Order, the parties may commence ordinary discovery practices.

DATED: November 25, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1